# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NINA AMIN, MUHAMMAD AMIN and ABU TURAB AMIN | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-0791 |
| | § § | |
| SANDRA M. HEATHMAN, U.S. Citizenship & Immigration Services, District Director, Houston Field Office, *et al.*, | § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING MOTION TO DISMISS**

The plaintiffs, Nina Amin, Muhammad Amin, and Abu Turab Amin, filed this suit in August 2009, seeking a writ of mandamus to compel immediate adjudication of their I-485 applications for adjustment of status and their I-131 applications for travel authorizations. The defendants moved to dismiss for lack of subject-matter jurisdiction. (Docket Entry No. 16). The defendants submitted evidence showing that the applications were all adjudicated. The I-131 applications were previously approved and the I-485 applications were denied on August 20, 2009, which revoked the travel authorization documents. (Id., Declaration of Genize X. Walker, Supervisory Immigration Services Officer, Texas Service Center, United States Citizenship and Immigration Services, Department of Homeland Security). As a result, the complaint of unlawful delay in adjudication and application for a writ of mandamus to compel adjudication are moot. The motion to dismiss for lack of subject

matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure is granted. This case is dismissed.

   SIGNED on September 24, 2009, at Houston, Texas.

                _____
                   Lee H. Rosenthal
                 United States District Judge